UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OAK GROVE TECHNOLOGIES, LLC,

               Plaintiff,

- against -

ANG STRATEGIES, LLC,

               Defendant.

23-cv-5012 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    As discussed at the telephone conference held today, the parties shall comply with the briefing schedule set forth in Local Rule 6.1 in connection with their briefing on the defendants' July 19, 2023 motion to dismiss or transfer venue (ECF No. 6).

SO ORDERED.

Dated:    New York, New York
             July 26, 2023

                                      John G. Koeltl
                               United States District Judge