UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OAK GROVE TECHNOLOGIES, LLC,

        Plaintiff,

- against -

ANG STRATEGIES, LLC,

        Defendant.

23-cv-5012 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

    The plaintiff has filed an amended complaint in lieu of a response to the defendant's July 19, 2023 motion to dismiss. See Am. Compl., ECF No. 15. Accordingly, the motion to dismiss (ECF No. 6) is **denied** as moot.

    The defendant may answer or respond to the amended complaint by **September 7, 2023**. If the defendant files a motion to dismiss, the plaintiff's response is due on **September 28, 2023**, and the reply is due on **October 9, 2023**. If the defendant files an answer, the parties shall file a Rule 26(f) report by **September 22, 2023**.

    The Clerk is directed to close ECF No. 6.

SO ORDERED.

Dated:    New York, New York
           August 11, 2023

                                              John G. Koeltl
                                        United States District Judge