UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OAK GROVE TECHNOLOGIES, LLC,

                Plaintiff,           23-cv-5012 (JGK)

      - against -                    <u>ORDER</u>

ANG STRATEGIES, LLC,

                Defendant.

---

**JOHN G. KOELTL, District Judge:**

    The time for the defendant to file responsive pleadings, including a motion to dismiss or answer, is **October 9, 2023.** If the defendant files a motion to dismiss, the deadline to respond is **October 23, 2023.** The defendant's reply is due **November 3, 2023.** The parties are directed to submit a Rule 26(f) report by **November 17, 2023.** The parties are further directed to include in this report a deadline for complete discovery by **March 8, 2024.**

    The deadline for any dispositive motions is **March 29, 2024.** The deadline for the parties to file a joint pretrial order is **April 19, 2024,** or 21 days after the decision on any dispositive motions. The parties should be prepared for trial, with 48 hours notice, 21 days after their submission of a pretrial order.

**SO ORDERED.**

Dated:    New York, New York
            September 22, 2023

                                                    **John G. Koeltl**
                                       **United States District Judge**