UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
OAK GROVE TECHNOLOGIES, LLC,
                            Plaintiff(s)

               -against-                                      23 civ 5012 (JGK)

ANG STRATEGIES, LLC,
                            Defendant(s).
-----------------------------------------------------------X

## ORDER

    A scheduling order having been entered and the matter having been referred to mediation on September 22, 2023,

    The conference scheduled for Tuesday, October 19, 2023, at 3:30pm, is canceled.

**SO ORDERED.**

                                                                        **JOHN G. KOELTL**
                                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         October 11, 2023